# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGELA NEAL

VERSUS

STARR IMDEMNITY & LIABILITY
COMPANY, STRANCO, L.L.C.,
AND GLEN TRAVIS

NO.  2025 CW 0934

**NOVEMBER 26, 2025**

---

In Re:    Prime Insurance Company, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 700334.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT